IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01653-SKC

CALYN BOYKO,

    Plaintiff,

    v.

REALTY INCOME CORPORATION, MICHAEL D. MCKEE, KATHLEEN R. ALLEN, JACQUELINE BRADY, A. LARRY CHAPMAN, REGINALD H. GILYARD, PRIYA CHERIAN HUSKINS, GERARDO I. LOPEZ, GREGORY T. MCLAUGHLIN, RONALD L. MERRIMAN, and SUMIT ROY,

    Defendants.

---

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

---

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Calyn Boyko hereby voluntarily dismisses the above-captioned action as moot. Defendants have not served an answer or a motion for summary judgment.

Dated: September 13, 2021

Respectfully submitted,

**HALPER SADEH LLP**

/s/ Daniel Sadeh
Daniel Sadeh, Esq.
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I, Daniel Sadeh, hereby certify that on September 13, 2021, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: September 13, 2021            /s/ Daniel Sadeh
                                                  Daniel Sadeh